UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent

vs.

D-1 MOHAMED KAZKAZ,
D-2 ZIAD KHALEL,

    Defendants,

Case No. 23-cr-20022

Hon. Gershwin A. Drain

NATIONAL RESTAURANT CHAIN NO. 1;

    Restaurant Group Petitioner,

[] ADVERTISING & PRODUCTION FUND, INC., a domestic nonprofit corporation;
[] FOOD GROUP, LLC, a domestic company;
[FHL], LLC, a domestic company; [] REAL ESTATE DEVELOPMENT, LLC, a domestic company; and Chairman, an individual.

    Non-Restaurant Group Petitioners.

## NON-RESTAURANT GROUP PETITIONERS' *EX PARTE* MOTION TO SEAL BANK STATEMENTS ATTACHED IN SUPPORT OF PETITIONERS' MOTION FOR RETURN OF ILLEGALLY SEIZED ASSETS

**NOW COME NON-RESTARUANT GROUP** Petitioners, by and through their attorneys, Akeel & Valentine, PLC and hereby submit their *Ex Parte Motion to Seal Bank Statements Attached in Support of Petitioners' Motion for Return of Illegally Seized Assets*. The United States ("Government") concurs with the

following bank statements *remaining under seal*,

    A. January 2023 Bank Statement of Chase Account 7785;

    B. January 2023 Bank Statement of Chase Account 0852;

    C. February 2023 Bank Statement of Chase Account 7785;

    D. February 2023 Bank Statement of Chase Account 0852;

    E. February 2023 Statement of Chase Account 6185;

    F. February 2023 Statement of Chase Account 3036;

    G. February 2023 Statement of Chase Account 7893;

    H. February 2023 Statement of Chase Account 0811;

    I. February 2023 Statement of Chase Account 6675; and

    J. March 2023 Statement of Chase Account 6675.

(hereinafter collectively referred to as "Bank Statements").

**WHEREFORE**, Petitioners respectfully request that this Honorable Court **GRANT** this Motion and consider the Bank Statements filed under seal in ECF No. 83.

        Respectfully submitted,

        AKEEL & VALENTINE, PLC

        By: /s/:  Shereef H. Akeel
            SHEREEF H. AKEEL (P54345)
            ADAM S. AKEEL (P81328)
            Attorneys for Plaintiff
            888 West Big Beaver Road, Suite 350
            Troy, MI  48084

(248) 269-9595  
shereef@akeelvalentine.com  
adam@akeelvalentine.com

Dated:  June 5, 2023

## BRIEF IN SUPPORT

On May 31, 2023, this Honorable Court issued an *Order Regarding Ex Parte Motion to Seal Bank Statements Attached in Support Of Petitioners Motion for Return of Illegally Seized Assets [ECF No. 82]* [ECF No. 99]. In relevant part, this Court ordered, "[i]f Petitioners wish to have the Court consider the exhibits it filed under seal in ECF No. 83, they must seek concurrence and comply with all applicable local rules." Accordingly, Petitioners have sought and obtained concurrence from the Government for the Bank Statements to remain under seal at ECF No. 83, for consideration by this Court.

This Court "has supervisory power over its own records and files," *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978), and "this authority includes allowing parties to file certain documents under seal." *Amerisure Mut. Ins. Co. v. Everest Reinsurance Co.*, 2014 WL 5481107, at *1 (E.D. Mich. Oct. 29, 2014) (citing Fed. Rule Civ. Proc. 26(c)).

"The Sixth Circuit has advised that [bank statements and financial] records that implicate third parties to a litigation 'should weigh heavily in a court's balancing equation' when considering sealing." *Jonna v. GIBF GP, Inc.*, 2023 WL 3244832, at *4 (E.D. Mich. May 4, 2023) (citing *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 308 (6th Cir. 2016)); see also, *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 477 (6th Cir. 1983) ("[T]he individuals protected

4

by the closure order here are third parties who were not responsible for the initiation of the underlying litigation.... Their interests in privacy are sufficiently compelling to justify non-disclosure.").

**WHEREFORE,** in order to protect their business, financial, and privacy interests, Petitioners respectfully request this Honorable Court **GRANT** this motion and consider the following Bank Statements filed under seal at ECF No. 83.

    Respectfully submitted,

    AKEEL & VALENTINE, PLC

    By: /s/:  Shereef H. Akeel
    Shereef H. Akeel (P54345)
    Adam S. Akeel (P81328)
    Attorney for Plaintiff
    888 West Big Beaver Road, Ste. 350
    Troy, MI  48084
Dated:  June 5, 2023    (248) 269-9595

## CERTIFICATE OF SERVICE

The undersigned says that on **June 5, 2023** he electronically filed a copy of the following document in the above-captioned matter by filing into the Eastern District Court Website:

DOCUMENT(S): *Ex Parte Motion to Seal Bank Statements Attached in Support of Petitioners' Motion for Return of Illegally Seized Assets*

and that same is being served upon counsel of record via the court's electronic filing and electronic mail notification system.

                                                    Respectfully submitted,
                                                    AKEEL & VALENTINE, PLC
                                         By: /s/: Adam S. Akeel
                                                    Shereef H. Akeel (P54345)
                                                    Adam S. Akeel (P81328)
                                                    Attorney for Plaintiff
                                                    888 West Big Beaver Road, Ste. 350
                                                    Troy, MI 48084
Dated: June 5, 2023                       (248) 269-9595