UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2 ZIAD KHALEL,
D-3 Dr. MUSTAFA ABDUL-KARIM HARES,
D-4 GAMELA ALI,
D-5 GERALDINE LETMAN,
D-6 WAFA SHAMO,
D-7 ZAINAB ALMURADI,
D-8 NAYRA HASSAN,

    Defendants.

                                         CRIMINAL NO. 23-CR-20022

                                         HON GERSHWIN A. DRAIN

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL THIRD SUPERSEDING INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Third Superseding Indictment and Arrest Warrants, in this case, and states:

1. The Third Superseding Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments and arrest warrants, implicitly authorizes this Court to unseal indictments and arrest warrants.

3. The government requests that the Third Superseding Indictment and Arrest Warrants be unsealed because defendants have been arrested or appearing voluntarily and are entitled to receive a copy of the Third Superseding Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Third Superseding Indictment and Arrest Warrants.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Regina R. McCullough
Regina R. McCullough  P64936
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
regina.mccullough@usdoj.gov
(313) 226-9618

Dated:  October 9, 2024

**IT IS SO ORDERED.**

s/David R. Grand
HON. DAVID R. GRAND
United States Magistrate Judge

Entered: 10/9/24